**BLANK ROME LLP**
*A Pennsylvania LLP*
STEPHEN M. ORLOFSKY
DAVID C. KISTLER
New Jersey Resident Partners
301 Carnegie Center, 3rd Floor
Princeton, NJ 08540
Telephone: (609) 750-7700
Facsimile: (609) 750-7701
Orlofsky@BlankRome.com
Kistler@BlankRome.com
*Attorneys for Defendant*

**DEBEVOISE & PLIMPTON LLP**
David H. Bernstein (*pro hac vice*)
Jyotin Hamid (*pro hac vice*)
Zheng Wang (*pro hac vice*)
919 Third Avenue
New York, NY 10022
Telephone: (212) 909-6696
Facsimile: (212) 521-7696
DHBernstein@Debevoise.com
JHamid@Debevoise.com
ZWang@Debevoise.com
*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MERCK & CO., INC., and MERCK SHARP & DOHME CORP.,<br><br>Plaintiffs,<br><br>v.<br><br>MERCK KGAA,<br><br>Defendant. | Civil Action No. 2:16-cv-00266-ES-MAH<br><br>*Electronically Filed*<br><br>[~~PROPOSED~~] Amended<br>**SCHEDULING ORDER** |

This matter having been presented to the Court by a joint letter (the "Letter") from Plaintiffs Merck & Co., Inc. and Merck Sharp & Dohme Corp. and Defendant Merck KGaA, raising a dispute over an extension for discovery, and the Court having considered Defendants' and Plaintiff's respective submissions in the Letter, and in light of the complexities involved in this litigation, and for good cause shown,

IT IS, on this 23rd day of August, 2017,

**ORDERED** that Defendant's request is **GRANTED** in Part, and that new discovery dates are set as follows:

**Discovery**

1. The parties' production of documents shall be completed by ~~December~~ October 31, 2017.

2. The parties need not produce unresponsive family members in the production, but must produce such family members of specifically identified documents by the opposing party upon request in a reasonable time period.

3. All other fact discovery, including depositions of fact witnesses, shall be completed by **April 1, 2018**.

4. All fact discovery disputes (other than those arising during depositions) shall be filed with the Court in a joint letter pursuant to the Court's November 7, 2016 Pretrial Scheduling Order no later than ~~February 28, 2018~~ December 15, 2017.

**Experts**

5. Plaintiffs' affirmative expert reports shall be delivered by **May 1, 2018**. [struck through]

6. Defendant's affirmative and rebuttal expert reports shall be delivered by **June 26, 2018**. [struck through]

7. Plaintiffs' rebuttal and reply expert reports shall be delivered by **July 16, 2018**. [struck through]

8. All expert discovery, including completion of expert depositions, shall be completed by **August 23, 2018**. [struck through]

_____
Honorable Michael A. Hammer, U.S.M.J.

\* The parties are directed to meet and confer on expert-related deadlines in light of the modified fact-discovery deadlines set forth above. The parties shall submit an Amended Scheduling Order (proposed) for the Court's consideration on or before September 6, 2017, which shall incorporate the proposed expert deadlines. There will be a telephone status conference with the Undersigned on September 12, 2017 at 2:00 p.m., which Plaintiffs' counsel will kindly initiate. /MH/