

McCARTER & ENGLISH
ATTORNEYS AT LAW

February 5, 2018

**VIA ECF**

Hon. Michael A. Hammer, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

John E. Flaherty
Partner
T. 973.639.7903
F. 973.297.3971
jflaherty@mccarter.com

**RE:** *Merck & Co., Inc., et al. v. Merck KGaA,*
 **Civil Action No. 16-0266 (ES) (MAH)**

Dear Judge Hammer,

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ  07102-4056
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

      This firm, along with Sidley Austin LLP, represents Plaintiffs Merck & Co., Inc. and Merck Sharp & Dohme Corp. ("Plaintiffs") in the above-referenced matter. We submit this letter jointly with Blank Rome LLP and Debevoise & Plimpton LLP, counsel for Defendant Merck KGaA, Darmstadt, Germany ("Defendant").

      The parties submit this joint letter to request an eight-week extension of the current discovery schedule. The parties have been working diligently to narrow and resolve their discovery disputes and have made significant progress. However, unresolved disputes remain and are the subject of ongoing meet-and-confer discussions. Postponing the current February 15 deadline for raising fact discovery disputes is likely to reduce the need for judicial resolution of those issues.

BOSTON

HARTFORD

      The parties also seek an eight-week postponement of the current April 1 deadline for the completion of fact discovery. The production of documents is not yet complete, and the parties will need additional time to complete the depositions of fact witnesses.

NEW YORK

NEWARK

      For these reasons, the parties jointly request that the Court order the below discovery schedule. For the Court's reference, the parties' have listed the Court-ordered deadlines currently in place, as set forth in the Court's orders on September 12 (Dckt No. 80) and December 18 (Dckt No. 86).

PHILADELPHIA

STAMFORD

WILMINGTON

Hon. Michael A. Hammer, U.S.M.J.
February 5, 2018
Page 2

| Event | Current Deadline | Requested Deadline |
|---|---|---|
| Raise all written discovery disputes | February 15, 2018 | April 12, 2018 |
| Complete all fact discovery | April 1, 2018 | May 28, 2018 |
| Deliver Plaintiffs' affirmative expert reports | May 1, 2018 | June 26, 2018 |
| Deliver Defendant's affirmative and rebuttal expert reports | June 26, 2018 | August 21, 2018 |
| Deliver Plaintiffs' rebuttal and reply expert reports | July 16, 2018 | September 10, 2018 |
| Complete all expert discovery | August 23, 2018 | October 18, 2018 |

Thank you for your consideration.

Respectfully submitted,

*s/John E. Flaherty*

John E. Flaherty

cc: Counsel of Record (via email)

SO ORDERED on this __6th__ day of February 2018:

_____
HON. MICHAEL A. HAMMER
United States Magistrate Judge