## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MERCK & CO., INC. and<br>MERCK SHARP & DOHME CORP.,<br><br>        Plaintiffs,<br><br>v.<br><br>MERCK KGAA,<br><br>        Defendant. | Civil Action No. 2:16-cv-00266-ES-MAH |

### NOTICE OF WITHDRAWAL OF GUILLERMO C. ARTILES, ESQ.

TO:    THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that Guillermo C. Artiles, Esq., who previously filed a Notice of Appearance in this matter, has left McCarter & English, LLP to become an Associate Counsel - Governor's Office, State of New Jersey.  His appearance as attorney of record for plaintiffs Merck & Co., Inc. and Merck Sharp & Dohme Corp. ("Plaintiffs") in this matter is withdrawn.  The law firms of Sidley Austin LLP and McCarter & English LLP will continue to represent Plaintiffs.

Dated:  February 27, 2018

                                                       By:    s/ John E. Flaherty
                                                                   John E. Flaherty
                                                                   McCARTER & ENGLISH, LLP
                                                                   Four Gateway Center
                                                                   100 Mulberry Street
                                                                   Newark, New Jersey  07102
                                                                   (973) 622-4444 (telephone)
                                                                   (973) 624-7070 (facsimile)

ME1 26691543v.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2018, I caused a copy of the foregoing to be served upon all counsel of record by operation of the Court's electronic filing system.

By: s/ John E. Flaherty
John E. Flaherty