# BLANKROME

300 Carnegie Center | Suite 220 | Princeton, NJ 08540
A Pennsylvania LLP | Stephen M. Orlofsky, New Jersey Administrative Partner
blankrome.com

| | |
|---|---|
| *Phone:* | *(609) 750-2646* |
| *Fax:* | *(609) 897-7286* |
| *Email:* | *orlofsky@blankrome.com* |

April 12, 2018

**VIA ECF**

Hon. Michael A. Hammer, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

     Re: **Merck & Co., Inc. et al. v. Merck KGaA**
        **Civil Action No. 16-0266 (ES) (MAH)**

Dear Judge Hammer:

  We, along with Debevoise & Plimpton LLP, represent Defendant Merck KGaA ("Defendant") in the above-referenced matter. We submit this letter jointly with Sidley Austin LLP and McCarter & English, LLP, counsel for Plaintiffs Merck & Co., Inc. and Merck Sharp & Dohme Corp. ("Plaintiffs").

  The parties submit this joint letter to request a one month extension of the current discovery schedule. The parties have been working diligently to narrow and resolve their discovery disputes and have made significant progress. However, unresolved disputes remain and are the subject of ongoing meet-and-confer discussions. Postponing the current April 12 deadline for raising fact discovery disputes is likely to reduce the need for judicial resolution of those issues. The parties are also in the process of conducting depositions, but witness availability has pushed certain deposition dates into June. Extending the current discovery deadlines by a month should give the parties sufficient time to complete outstanding depositions.

  For these reasons, the parties jointly request that the Court order the below discovery schedule. For the Court's reference, the parties' have listed the Court-ordered deadlines currently in place, as set forth in the Court's orders of February 7 (Dkt No. 88), February 26 (Dkt No. 89) and February 27 (Dkt No. 90).

147325.00601/107031535v.1

# BLANKROME

April 12, 2018
Page 2

| Event | Current Deadline | Requested Deadline |
|---|---|---|
| Raise all written discovery disputes | April 12, 2018 | May 10, 2018 |
| Status Conference | April 23, 2018 | May 28, 2018 or at the Court's convenience |
| Complete all fact discovery | May 28, 2018 | June 25, 2018 |
| Deliver Plaintiffs' affirmative expert reports | June 26, 2018 | July 24, 2018 |
| Deliver Defendant's affirmative and rebuttal expert reports | August 21, 2018 | September 18, 2018 |
| Deliver Plaintiffs' rebuttal and reply expert reports | September 10, 2018 | October 8, 2018 |
| Complete all expert discovery | October 18, 2018 | November 15, 2018 |

Thank you for your consideration.

Respectfully submitted,

*s/Stephen M. Orlofsky*

STEPHEN M. ORLOFSKY

SMO:

cc: Counsel of Record (via email)

SO ORDERED on this 13th day of April 2018:

HON. MICHAEL A HAMMER
**United States Magistrate Judge**

147325.00601/107031535v.1