UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MERCK & CO., INC., et al., | Civil Action No. 16-00266 (ES) |
| Plaintiff, | |
| v. | ORDER |
| MERCK KGAA, | |
| Defendants. | |

This matter having come before the Court by way of the parties' June 25, 2018 joint discovery dispute letter [D.E. 100];

and the Court having reviewed the letter and considered the disputes presented therein;

and the Court having held a telephone conference, on the record, on July 19, 2018;

and for the reasons set forth on the record on July 19, 2018,

and for good cause shown;

IT IS on this 19th of July 2018,

ORDERED as follows:

1. Fact discovery is to remain open through **August 6, 2018.** No discovery is to be issued or engaged in beyond that date, except upon application and for good cause shown.

2. Plaintiffs shall complete and produce any affirmative expert reports by **September 4, 2018.**

3. Defendant shall complete and produce any affirmative expert reports and rebuttal expert reports **by October 30, 2018.**

4. Plaintiffs shall complete and produce any rebuttal and reply expert reports by **November 19, 2018.**

5.  Expert discovery shall close on **December 27, 2018.**

6.  There shall be a telephone status conference with the Undersigned on **November 20, 2018, at 12:00 p.m.**  Plaintiffs' counsel will kindly initiate the conference.

s/*Michael A. Hammer*<br>**UNITED STATES MAGISTRATE JUDGE**