UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MERCK & CO., INC., et al., | |
| Plaintiff, | Civil Action No. 16-00266 (ES) |
| v. | ORDER |
| MERCK KGAA, | |
| Defendants. | |

This matter having come before the Court by way of the parties' May 21, 2018 joint-discovery dispute letter [D.E. 96];

and the Court having reviewed the letter and considered the disputes presented therein;

and the Court having held a telephone conference, on the record, on July 19, 2018 to discuss the matter with counsel;

and for the reasons set forth in an oral opinion delivered on the record on July 19, 2018;[1]

and for good cause shown;

IT IS on this 19th of July 2018,

ORDERED that Defendant's application to compel production of materials from Exiger LLC is GRANTED in part and DENIED in part; and it is further

ORDERED that Exiger LLC shall produce to Defendant: (i) a list of all other websites that Exiger LLC researched or visited as part of its investigation; (ii) all other screenshots,

---

[1] A copy of this transcript may be obtained from King Transcription Services (973-237-6080).

2

images, and videos that Exiger LLC captured or acquired as part of its investigation; (iii) all additional spreadsheets like those already produced, whether from SEMRush or otherwise; and (iv) all materials acquired or generated from any conference that Exiger LLC attended as part of its investigation; and it is further

ORDERED that Defendant's application to compel is otherwise DENIED without prejudice.

s/*Michael A. Hammer*
**UNITED STATES MAGISTRATE JUDGE**