<div style="display: flex;">

**BLANK ROME LLP**
*A Pennsylvania LLP*
STEPHEN M. ORLOFSKY
New Jersey Resident Partner
Michael R. Darbee
300 Carnegie Center,
Suite 220
Princeton, NJ  08540
Telephone:  (609) 750-2646
Facsimile:  (609) 897-7286
stephen.orlofsky@BlankRome.com
Michael.Darbee@BlankRome.com
*Attorneys for Defendant*

**DEBEVOISE & PLIMPTON LLP**
David H. Bernstein (*pro hac vice*)
Jyotin Hamid (*pro hac vice*)
Megan K. Bannigan (*admitted*)
Justin C. Ferrone (*admitted*)
Meredith E. Stewart (*pro hac vice*)
Kathryn C. Saba (*pro hac vice*)
919 Third Avenue
New York, NY  10022
Telephone:  (212) 909-6696
Facsimile:  (212) 521-7696
dhbernstein@debevoise.com
jhamid@debevoise.com
mkbannigan@debevoise.com
jcferrone@debevoise.com
mestewart@debevoise.com
ksaba@debevoise.com
*Attorneys for Defendant*

</div>

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MERCK & CO., INC., and MERCK SHARP & DOHME CORP., <br><br> Plaintiffs, <br><br> v. <br><br> MERCK KGAA, <br><br> Defendant. | Civil Action No. 2:16-cv-00266-ES-MAH <br><br> **NOTICE OF MOTION** <br><br> Hon. Esther Salas, U.S.D.J. <br><br> Return Date: To Be Determined <br><br> Oral Argument Requested |

TO:    MCCARTER & ENGLISH LLP
John E. Flaherty
Cynthia Betz
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444

SIDLEY AUSTIN LLP
Mark D. Hopson (*pro hac vice*)
Kwaku A. Akowuah (*pro hac vice*)
Benjamin M. Mundel (*pro hac vice*)
1501 K. Street, N.W.
Washington, DC 20005
(202) 736-8000

SIDLEY AUSTIN LLP
Sona De
787 Seventh Avenue
New York, NY 10019
(212) 839-5300

**PLEASE TAKE NOTICE** that on a date and time to be set by the Court, the undersigned attorneys for Defendant, Merck KGaA, Darmstadt, Germany ("Merck KGaA"), shall apply to this Court pursuant to Federal Rule of Civil Procedure 56 for an Order granting Merck KGaA's Motion for Partial Summary Judgment dismissing with prejudice Counts III, V, XIII, and IX in their entirety, and Counts I, II, IV, VI, VII, and X to the extent they are premised on allegations

that Merck KGaA may not use "Merck KGaA, Darmstadt, Germany" as a corporate name in the United States of America; and

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Merck KGaA shall rely on its Memorandum of Law, its Civil Rule 56.1 Statement of Undisputed Facts, the Declaration of Jonas Kölle, the Declaration of Renee Connolly, and the Declaration of Megan K. Bannigan together with the exhibits thereto; and

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is being submitted herewith and that oral argument is requested.

Dated:  January 10, 2022

Respectfully submitted,

/s/ Stephen M. Orlofsky

| **BLANK ROME LLP** | **DEBEVOISE & PLIMPTON LLP** |
|---|---|
| *A Pennsylvania LLP* | David H. Bernstein (*pro hac vice*) |
| STEPHEN M. ORLOFSKY | Jyotin Hamid (*pro hac vice*) |
| New Jersey Resident Partner | Megan K. Bannigan (*admitted*) |
| Michael R. Darbee | Justin C. Ferrone (*admitted*) |
| 300 Carnegie Center, | Meredith E. Stewart (*pro hac vice*) |
| Suite 220 | Kathryn C. Saba (*pro hac vice*) |
| Princeton, NJ  08540 | 919 Third Avenue |
| Telephone:  (609) 750-2646 | New York, NY  10022 |
| Facsimile:  (609) 897-7286 | Telephone:  (212) 909-6696 |
| stephen.orlofsky@BlankRome.com | Facsimile:  (212) 521-7696 |
| Michael.Darbee@BlankRome.com | dhbernstein@debevoise.com |
| *Attorneys for Defendant* | jhamid@debevoise.com |

3

mkbannigan@debevoise.com
jcferrone@debevoise.com
mestewart@debevoise.com
ksaba@debevoise.com
*Attorneys for Defendant*

## **CERTIFICATION OF SERVICE**

I, Stephen M. Orlofsky, hereby certify that on this day I caused Defendant's Motion for Partial Summary Judgment to be served upon all counsel of record via the Court's CM/ECF system, and sealed portions served via email.

Dated: January 10, 2022         */s/ Stephen M. Orlofsky*
                               STEPHEN M. ORLOFSKY