| | |
|---|---|
| **BLANK ROME LLP** | **DEBEVOISE & PLIMPTON LLP** |
| *A Pennsylvania LLP* | David H. Bernstein (*pro hac vice*) |
| STEPHEN M. ORLOFSKY | Jyotin Hamid (*pro hac vice*) |
| New Jersey Resident Partner | Megan K. Bannigan (*admitted*) |
| Michael R. Darbee | Justin C. Ferrone (*admitted*) |
| 300 Carnegie Center, | Meredith E. Stewart (*pro hac vice*) |
| Suite 220 | Kathryn C. Saba (*pro hac vice*) |
| Princeton, NJ  08540 | 919 Third Avenue |
| Telephone:  (609) 750-2646 | New York, NY  10022 |
| Facsimile:  (609) 897-7286 | Telephone:  (212) 909-6696 |
| stephen.orlofsky@BlankRome.com | Facsimile:  (212) 521-7696 |
| Michael.Darbee@BlankRome.com | dhbernstein@debevoise.com |
| *Attorneys for Defendant* | jhamid@debevoise.com |
| | mkbannigan@debevoise.com |
| | jcferrone@debevoise.com |
| | mestewart@debevoise.com |
| | ksaba@debevoise.com |
| | *Attorneys for Defendant* |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MERCK & CO., INC., and<br>MERCK SHARP & DOHME CORP., | Civil Action No.<br>2:16-cv-00266-ES-MAH |
| Plaintiffs,<br>v.<br>MERCK KGAA,<br>Defendant. | **[Proposed] ORDER GRANTING DEFENDANT MERCK KGAA'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

This matter came before the Court on the Motion for Partial Summary

Judgment brought by Defendant Merck KGaA, Darmstadt, Germany ("Merck

KGaA"). The Court has considered Merck KGaA's Motion, evidence and arguments in support thereof, and any opposition thereto. For good cause having been shown, the Court hereby **ORDERS** the following:

1. Merck KGaA's Motion for Partial Summary Judgment is **GRANTED**; and

2. Counts III, V, XIII, and IX are **DISMISSED WITH PREJUDICE** in their entirety; and

3. Counts I, II, IV, VI, VII, and X are **DISMISSED WITH PREJUDICE** to the extent they are premised on allegations that Merck KGaA may not use "Merck KGaA, Darmstadt, Germany" as a corporate name in the United States of America.

_____
Hon. Esther Salas, U.S.D.J.

DATED: _____ _____, 2022