

300 Carnegie Center | Suite 220 | Princeton, NJ 08540
A Pennsylvania LLP | Stephen M. Orlofsky, New Jersey Administrative Partner
blankrome.com

Phone:     (609) 750-2649
Email:     Michael.Darbee@BlankRome.com

March 9, 2022

**VIA ECF**
Honorable Michael A. Hammer
United States Magistrate Judge
United States District Court for the District of New Jersey
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

      Re:    *Merck & Co., Inc. et al. v. Merck KGaA*,
              *Civil Action No. 16-0266 (ES) (MAH)*

Dear Judge Hammer:

      We, along with Debevoise & Plimpton LLP, represent Defendant Merck KGaA in the above matter. Under Local Civil Rule 5.3, a joint motion to seal the parties' filings in connection with Merck KGaA's motion for partial summary judgment is currently due on March 17, 2022.

      Given the volume of the material filed under seal, the parties in the above-referenced matter write jointly to request a three-week extension of the time for the parties to file a motion to seal—from March 17 to April 7, 2022. The parties have also agreed on internal deadlines to meet and confer as to their proposed redactions.

      If this extension request meets with Your Honor's approval, we respectfully request that Your Honor "So Order" this letter to the docket in the space provided below. Thank you for Your Honor's consideration.

      Respectfully submitted,

      *s/ Michael R. Darbee*

      MICHAEL R. DARBEE

**BLANKROME**

Hon. Michael A. Hammer, U.S.M.J.
March 9, 2022
Page 2

MRD:
cc:   Counsel of record (via ECF and email)

************************************

It is **SO ORDERED** on this __10th_____ day of March 2022.

_/s Michael A. Hammer_
HONORABLE MICHAEL A. HAMMER
UNITED STATES MAGISTRATE JUDGE