

**Cynthia S. Betz**
Associate

T. 973-848-5377
F. 973-297-6636

cbetz@mccarter.com

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4056
www.mccarter.com

May 12, 2022

**<u>VIA ECF</u>**

Hon. Michael A. Hammer
United States Magistrate Judge
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re: *Merck & Co., Inc., et. al. v. Merck KGAA*
      <u>Civil Action No. 16-266 (ES/MAH)</u>

Dear Judge Hammer:

   On behalf of Plaintiffs, we are writing to request the withdrawal of the *pro hac vice* admission of Francesca Brody (Dkt. No. 37).

   Plaintiffs will continue to be represented by other attorneys who have been admitted *pro hac vice* from Sidley Austin, as well as my firm.

   If this request is acceptable to the Court, we ask that this letter be "So Ordered" and placed on the docket. We appreciate the Court's attention to this matter.

Respectfully submitted,

/s/ Cynthia S. Betz

Cynthia S. Betz

cc: Counsel of Record (via ECF)

          SO ORDERED this __**13th**__ day of May 2022

          */s Michael A. Hammer*
          _____
          Hon. Michael A. Hammer, USMJ