

Cynthia S. Betz
Associate
T. 973-848-5377
F. 973-297-6636
cbetz@mccarter.com

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4056
www.mccarter.com

October 10, 2022

<u>**VIA ECF**</u>

Hon. Michael A. Hammer
United States Magistrate Judge
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re:   *Merck & Co., Inc., et. al. v. Merck KGAA*
            <u>Civil Action No. 16-266 (ES/MAH)</u>

Dear Judge Hammer:

    We, along with Sidley Austin, represent Plaintiffs in this matter. Following the Court's order denying Defendants' Motion for Partial Summary Judgment (Dkt. Nos. 203, 204), Plaintiffs are writing to request that the Court set the earliest possible trial date in this matter, which has been pending since 2016.

    Plaintiffs understand that the next step is for the parties to prepare and submit the Joint Pretrial Order and then hold a pretrial conference with Your Honor. Plaintiffs also seek deadlines for these case events, based upon the Court's trial calendar.

    Plaintiffs are available to discuss any of these matters at a status conference with Your Honor. We appreciate the Court's attention to this matter.

Respectfully submitted,

/s/ Cynthia S. Betz

Cynthia S. Betz

cc: Counsel of Record (via ECF)