

**Cynthia S. Betz**
Associate
T. 973-848-5377
F. 973-297-6636
cbetz@mccarter.com

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4056
www.mccarter.com

October 31, 2022

<u>**VIA ECF**</u>

Hon. Michael A. Hammer
United States Magistrate Judge
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

  Re: *Merck & Co., Inc., et. al. v. Merck KGAA*
     <u>Civil Action No. 16-266 (ES/MAH)</u>

Dear Judge Hammer:

  We, along with Sidley Austin, represent Plaintiffs in this matter.

  In the September 30, 2022, Order on Defendants' Motion for Partial Summary Judgment (Dkt. No. 204), the Court directed the parties to submit proposed redactions to the Court's Opinion (Dkt. No. 203) by today. We have conferred with counsel for Defendant and write to confirm that the parties do not have any proposed redactions.

  We appreciate the Court's attention to this matter.

Respectfully submitted,

/s/ Cynthia S. Betz

Cynthia S. Betz

cc: Counsel of Record (via ECF)

ME1 43077053v.1