# BLANKROME

300 Carnegie Center | Suite 220 |Princeton, NJ 08540

A Pennsylvania LLP | Stephen M. Orlofsky, New Jersey Administrative Partner

blankrome.com

| | |
|---|---|
| *Phone:* | *(609) 750-2646* |
| *Fax:* | *(609) 897-7286* |
| *Email:* | *stephen.orlofsky@blankrome.com* |

April 27, 2023

**BY ECF**

The Honorable Michael A. Hammer, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ  07102

   Re: Merck & Co., Inc., et al. v. Merck KGaA
     Civil Action No. 16-266(ES/MAH)

Dear Judge Hammer:

  This firm, along with Debevoise & Plimpton LLP, represents Defendant Merck KGaA in the above-referenced matter.

  Pursuant to L. Civ. R. 101.1(c)(5), we respectfully request Your Honor's approval of the withdrawal of the *pro hac vice* admission of Meredith E. Stewart (ECF. 183), who will be departing Debevoise & Plimpton LLP this week. The law firms of Blank Rome LLP and Debevoise & Plimpton LLP will continue to represent Defendant in this action.

  If Your Honor approves, we respectfully request that Your Honor "So Order" this letter and have it filed on the docket.  We appreciate the Court's attention to this matter.

               Respectfully submitted,

               */s/ Stephen M. Orlofsky*

               Stephen M. Orlofsky

SO ORDERED on this _____ day of _____ 2023:

_____
HON. MICHAEL A. HAMMER
United States Magistrate Judge