IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MERCK & CO., INC., and<br>MERCK SHARP & DOHME CORP.,<br><br>         Plaintiffs,<br><br>v.<br><br>MERCK KGAA,<br><br>         Defendant. | No. 2:16-cv-00266-ES-MAH |

**NOTICE OF WITHDRAWAL**

PLEASE TAKE NOTICE that John E. Flaherty withdraws as counsel for Plaintiffs.

Plaintiffs will continued to be represented by other counsel of record from McCarter & English, LLP.

            By: s/ John E. Flaherty
              John E. Flaherty
              McCarter & English, LLP
              100 Mulberry Street
              4 Gateway Center
              Newark, NJ 01702
              973-622-4444

Dated: September 14, 2023