**Debevoise**
**& Plimpton**

Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

April 3, 2024

**BY ECF**

The Honorable Michael A. Hammer, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re: *Merck & Co., Inc., et al. v. Merck KGaA*, Civil Action No. 16-266(ES/MAH)

Dear Judge Hammer:

I write on behalf of all parties regarding the Court's order to file by April 3, 2024 a joint letter informing the Court as to whether either party objects to holding in abeyance the May 10, 2024 filing of the proposed final pretrial order until the determination of the forthcoming motions in limine. [ECF No. 252] The parties respectfully request that the Court extend the deadline for filing this joint letter until April 5, 2024.

We appreciate the Court's attention to this matter.

Respectfully submitted,

*/s/ Megan K. Bannigan*
Megan K. Bannigan

cc (by ECF):        All Counsel of Record

SO ORDERED

*s/Michael A. Hammer*
Michael A. Hammer, U.S.M.J.
Date: 4/4/2024