**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY**

**NEWARK**

**Minutes of Proceedings**

**Judge:** **Hon. Esther Salas**

Court Reporter: Mary Jo Monteleone

Deputy Clerk: Elisaveta Kalluci

Date: July 31, 2025

**Title of Case:**

MERCK & CO., INC. et al v. MERCK KGAA

Docket No. **Cv. 16-266 (ES-MAH)**

**Appearances:**

Sona De, Esq., for the plaintiffs.
Mark Makhail, Esq., for the plaintiffs.
Mark D. Hopson, Esq., for the plaintiffs.
Kwaku A. Akowuah, Esq., for the plaintiffs.
Benjamin M. Mundel, Esq., for the plaintiffs.
Sarah A. Hemmendinger, Esq., for the plaintiffs.

David H. Bernstein, Esq., for the defendant.
Megan K. Bannigan, Esq., for the defendant.
Jyotin Hamid, Esq., for the defendant.
David J. Hotelling, Esq., for the defendant.
Jacob W. Stahl, Esq., for the defendant.
Stephen M. Orlofsky, Esq., for the defendant.
Chris Ford, Esq., for the defendant.
Kathryn C. Saba, Esq., for the defendant.
Nicole Flores, Esq., for the defendant.

**Nature of Proceedings:**    MOTION HEARING

Hearing on the Defendant's Motions in Limine (D.E. Nos. 261 , 262 , 264 , 268 , 269 & 271).
Oral Argument heard by counsel.
Lunch recess from 11:45 a.m. to 1:30 p.m.
Oral Argument continued.
Ordered decision RESERVED.

Time   Commenced:   10:00 a.m.
Time   Adjourned:    4:00 p.m.
Total Time:   4.15

Elisaveta Kalluci
Courtroom Deputy