Not for Publication

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **MERCK & CO., INC. and MERCK SHARP & DOHME CORP.,** <br><br> Plaintiffs, <br><br> v. <br><br> **MERCK KGaA,** <br><br> Defendant. | Civil Action No.: 16-00266 (ES) (MAH) <br><br> **ORDER** |

**SALAS, DISTRICT JUDGE**

This comes before the Court on the parties' motions in limine. (D.E. Nos. 261, 262, 264, 268, 269 & 271). The Court has carefully considered the parties' submissions and other relevant portions of the record and conducted oral argument on July 31, 2025. For the reasons set forth in this Court's accompanying Opinion,

**IT IS** on this 12th day of November 2025,

**ORDERED** that Defendant's Motion to Exclude Certain Opinions & Testimony of Plaintiffs' Expert Dominique M. Hanssens, (D.E. No. 261), is **DENIED**; and it is further

**ORDERED** that Plaintiffs' Motion to Exclude Overseas Trademark Use & Foreign Litigations, i.e., to preclude Defendant from presenting any evidence, argument, or reference to overseas trademark use & foreign litigations, pursuant to Federal Rules of Evidence 401, 402, & 403, (D.E. No. 262), is **GRANTED-IN-PART and DENIED-IN-PART.** Plaintiffs' motion is granted to the extent that they seek to exclude any evidence of foreign litigation from presentation to the jury. Plaintiffs' motion is otherwise **DENIED** *without prejudice*; and it is further

**ORDERED** that Plaintiffs' Motion to Exclude Testimony of Defendant's Expert Mr. Philip Green, pursuant to Federal Rules of Evidence 401, 402, & 702, (D.E. No. 264), is **DENIED**; and it is further

**ORDERED** that Defendant's Motion to exclude the opinions and testimony of Plaintiffs' healthcare branding rebuttal expert Vince Parry, pursuant to Federal Rule of Evidence 702, (D.E. No. 268), is **GRANTED-IN-PART** and **DENIED-IN-PART**. Specifically, the motion is **GRANTED** to the extent Defendant seeks to preclude Mr. Parry from offering any opinions regarding Defendant's subjective intent or state of mind—either generally or with regard to particular communications or other documents. The motion is likewise **GRANTED** to the extent Defendant seeks to preclude Mr. Parry from simply parroting documents that jurors can read for themselves. Defendant's motion is otherwise **DENIED**; and it is further

**ORDERED** that Plaintiffs' Motion to partially exclude certain opinions and testimony of Defendant's marketing rebuttal expert Dr. Joel Steckel, pursuant to Federal Rule of Evidence 702, (D.E. No. 269), is **GRANTED**; and it is further

**ORDERED** Defendant's Motion to exclude the opinions and testimony of Plaintiffs' marketing and branding expert Dr. Yoram "Jerry" Wind, pursuant to Federal Rule of Evidence 702, (D.E. No. 271), is **GRANTED-IN-PART** and **DENIED-IN-PART**. Specifically, the motion is **GRANTED** to the extent Defendant seeks to preclude Dr. Wind from simply parroting documents that the jurors can read for themselves. The motion is likewise **GRANTED** to the extent Dr. Wind would opine on Defendant's subjective intent—either generally or with regard to particular communications or other documents (i.e. Dr. Wind's "Key Finding 3"). Defendant's motion is otherwise **DENIED**; and it is further

**ORDERED** that the Clerk of the Court shall file the accompanying Opinion under temporary seal; and it is further

**ORDERED** that the Clerk of the Court shall send hard copies of the accompanying sealed Opinion to counsel of record via regular mail; and it is further

**ORDERED** that the parties shall review the sealed Opinion and, **on or before December 12, 2025**, file *either* (i) a joint motion to seal pursuant to Local Civil Rule 5.3, attaching a version of the Opinion with proposed redactions; or (ii) a joint letter indicating that no redactions are necessary, and that they consent to unsealing the Opinion in its entirety.  If the parties fail to comply with this directive, the Court will unseal the Opinion, in its entirety, without further notice.

s/ Esther Salas  
**Esther Salas, U.S.D.J.**
