**BLANKROME**

300 Carnegie Center | Suite 220 | Princeton, NJ 08540
A Pennsylvania LLP | Stephen M. Orlofsky, New Jersey Administrative Partner
blankrome.com

Phone:   (609) 750-2646
Fax:     (609) 897-7286
Email:   stephen.orlofsky@blankrome.com

November 24, 2025

**BY ECF**

The Honorable Michael A. Hammer, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ  07102

  Re: Merck & Co., Inc., et al. v. Merck KGaA
     Civil Action No. 16-266(ES/MAH)

Dear Judge Hammer:

  This firm, along with Debevoise & Plimpton LLP, represents Defendant Merck KGaA in the above-referenced matter On November 12, 2025, the Court filed its sealed Opinion with respect to the Parties' motions *in limine*. ECF No. 303. The Parties' motions *in limine* remain largely under temporary seal pursuant to ECF No. 295. Specifically, the following docket entries remain filed under temporary seal: ECF Nos. 263, 265, 266, 267, 270, 272, 273, 275, 277, 278, 279, 281, 283, 286, 287, 289, 291, & 292. The deadline to file a joint motion to permanently seal or redact the Parties' *in limine* filings is currently November 26, 2025. *See* ECF No. 295.

  In light of the Court's Order at ECF No. 303 at 3 – requiring any redactions to the sealed Opinion be submitted by December 12, 2025 – and the Thanksgiving holiday, the Parties respectfully request that the deadline to file their joint motion to seal the *in limine* filings be extended to December 12, 2025. If this request is acceptable to the Court, we respectfully request Your Honor endorse this letter as "So Ordered." We appreciate Your Honor's attention to this matter.

            Respectfully submitted,

            Stephen M. Orlofsky

SMO/cdy

          SO ORDERED on this _____ day of November 2025:

          _____
          HON. MICHAEL A. HAMMER
          United States Magistrate Judge

155933955