

**Mark M. Makhail**
Partner
T. 973-639-2092
F. 973-297-6636
mmakhail@mccarter.com

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4056
www.mccarter.com

March 6, 2026

**BY ECF**
Hon. Michael A. Hammer, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re: *Merck & Co., Inc., et al. v. Merck KGaA*, Civil Action No. 16-266 (ES/MAH)

Dear Judge Hammer:

We, along with Sidley Austin LLP, represent Plaintiffs Merck & Co., Inc. and Merck Sharp & Dohme Corp. in the above-referenced matter. We write on behalf of all parties to submit this joint status report regarding the selection of a mediator pursuant to the Court's February 19, 2026 Order. (ECF No. 316).

The parties have met and conferred and agree to the selection of Judge Faith S. Hochberg as mediator for global mediation.

Each side has counsel who are familiar with Judge Hochberg through her longstanding presence within the legal community. The parties have disclosed to each other specific circumstances of the prior contacts described below and agree they do not present any conflict to this mediation.

- Plaintiffs' counsel had a brief contact with Judge Hochberg for the Malaysia case between the parties in December 2023. Plaintiffs were looking for an expert on New Jersey contract law for that matter. Plaintiffs' counsel asked Judge Hochberg whether her consulting services include such expert work. She was not able to take on that engagement. No documents or substantive information were shared with her, and no further discussions occurred.

- Defendant's counsel, Judge Stephen M. Orlofsky, knows Judge Hochberg, as they were colleagues and friends on the bench. Since leaving the bench, Judge Orlofsky and Judge Hochberg have sat on arbitration panels together. All of those arbitrations are concluded and involved different parties and different issues. Judge Orlofsky has never discussed this case with Judge Hochberg and does not see any of this as presenting a conflict.

We appreciate the Court's assistance with this matter.

Respectfully,

*/s/ Mark M. Makhail*
Mark M. Makhail
CC: All counsel of record (via email)

ME1\60215141.v1