

**Mark M. Makhail**
Partner

T. 973-639-2092
F. 973-297-6636

mmakhail@mccarter.com

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4056

www.mccarter.com

March 23, 2026

**BY ECF**
Hon. Michael A. Hammer, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re: *Merck & Co., Inc., et al. v. Merck KGaA*, Civil Action No. 16-266 (ES/MAH)**

Dear Judge Hammer:

This firm, along with Sidley Austin LLP, represents Plaintiffs Merck & Co., Inc. and Merck Sharp & Dohme Corp. in the above-referenced matter. We write on behalf of all parties to submit this joint proposal regarding the timeframe for briefing of any remaining *in limine* motions pursuant to the Court's February 19, 2026 Order. (ECF No. 316).

The parties have met and conferred and agree to the following schedule for the Court's consideration:

- Opening briefs exchanged May 1

- Opposition briefs exchanged May 29

- Reply briefs exchanged June 12

- Moving party files all papers on June 15.

We thank the Court for its consideration.

Respectfully submitted,

*/s/ Mark M. Makhail*
Mark M. Makhail

CC: All counsel of record (via email)

ME1\60418224.v1