McCarter & English

**Mark M. Makhail**
Partner
T. 973-639-2092
F. 973-297-6636
mmakhail@mccarter.com

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4056
www.mccarter.com

August 26, 2026

**BY ECF**
Hon. Michael A. Hammer, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re: *Merck & Co., Inc., et al. v. Merck KGaA*, Civil Action No. 16-266 (ES/MAH)**

Dear Judge Hammer:

This firm, along with Sidley Austin LLP, represents Plaintiffs Merck & Co., Inc. and Merck Sharp & Dohme Corp. in the above-referenced matter. We write on behalf of all parties to follow up on our joint letter regarding a mediation date pursuant to the Court's March 9, 2026 Order (ECF Nos. 322, 326).

We have a mediation scheduled with Judge Hochberg on September 16-18, 2026. As appropriate, an additional mediation day may occur on October 27, 2026.

We thank the Court for its consideration.

Respectfully submitted,

*/s/ Mark M. Makhail*
Mark M. Makhail

CC: All counsel of record (via email)


ME1\62620921.v1