McCarter & English

**Mark M. Makhail**
Partner
T. 973-639-2092
F. 973-297-6636
mmakhail@mccarter.com

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4056
www.mccarter.com

September 22, 2026

**BY ECF**
Hon. Alex D. Silagi, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re: *Merck & Co., Inc., et al. v. Merck KGaA*, Civil Action No. 16-266 (ES/ADS)**

Dear Judge Silagi:

This firm, along with Sidley Austin LLP, represents Plaintiffs Merck & Co., Inc. and Merck Sharp & Dohme Corp. in the above-referenced matter. We write on behalf of all parties to update the Court regarding the status of ongoing mediation pursuant to the Court's August 27, 2026 Order (ECF No. 386).

For reference, the docket entries leading up to this mediation are as follows:

| Entry | Date | Description |
|---|---|---|
| 316 | 2/19/2026 | TEXT ORDER: As discussed during the final pretrial conference on February 19, 2026, the parties will meet and confer concerning the format and timeframe for briefing of the remaining in limine motions, and submit a joint proposal by March 23, 2026. The parties will also meet and confer on selection of a mediator, and submit a joint status report by March 6, 2026 |
| 321 | 3/6/2026 | Letter from All Parties Regarding Mediator re: 316 Order |
| 322 | 3/9/2026 | TEXT ORDER: the parties having agreed on the selection of Judge Hochberg as a mediator per their March 6, 2026 joint letter, on or before March 27th, the parties will kindly inform the Undersigned of the date of the mediation |
| 326 | 3/26/2026 | Letter from All Parties Regarding Mediation re: 322 Order |
| 385 | 8/26/2026 | Letter from All Parties Regarding Mediation |


ME1\63016594.v1

| **Entry** | **Date** | **Description** |
| --- | --- | --- |
| 386 | 8/27/2026 | TEXT ORDER: The Court has reviewed the parties' joint letter regarding mediation. D.E. 385. The parties shall kindly submit a joint status report by September 25, 2026 to inform the Court whether the additional mediation day will occur on October 27, 2026. |

We had mediation with Judge Hochberg on September 16-18, 2026. We have agreed to continue mediating with Judge Hochberg on October 27-28, 2026.

We thank the Court for its consideration.

Respectfully submitted,

*/s/ Mark M. Makhail*
Mark M. Makhail

CC: All counsel of record (via email)


ME1\63016594.v1